IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LAURA HARRISON,                 )
                                )
          Plaintiff,            )        8:04CV425
                                )
     v.                         )
                                )
ABBOTT TRANSPORTATION, INC.,    )
                                )
          Defendant.            )
_____)
MAXINE CARDA,                   )
                                )
          Plaintiff,            )        8:04CV502
                                )
     v.                         )
                                )
ABBOTT PARKING, INC.,           )        ORDER
                                )
          Defendant.            )
_____)
```

IT IS ORDERED that defendant shall file a brief in support of its motion for summary judgment which complies with NECivR 56.1. Under the local rule, the brief shall consist of a separate statement of material facts as to which the moving party contends there is no genuine issue to be tried and that entitle the moving party to judgment as a matter of law. The statement of facts shall consist of short, numbered paragraphs each containing pinpoint references to affidavits, pleadings, discovery responses, deposition testimony (by page and line), or other materials relied upon to support the material facts recited

in that paragraph. Failure to file a brief in accordance with NECivR 56.1 on or before May 20, 2005, will result in denial of defendant's motions for summary judgment.

DATED this 9th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court