IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LAURA HARRISON,               )
                              )
          Plaintiff,          )        8:04CV425
                              )
     v.                       )
                              )
ABBOTT TRANSPORTATION, INC.,  )        ORDER AND JUDGMENT
                              )
          Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion for summary judgment (Filing NO. 23) is granted; plaintiff's amended complaint is dismissed;

2) Defendant's request for attorney's fees is denied.

DATED this 10th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court