IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LAURA HARRISON,                )
                               )
            Plaintiff,         )        8:04CV425
                               )
      v.                       )
                               )
ABBOTT TRANSPORTATION, INC.,   )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's application to proceed on appeal *in forma pauperis* (Filing No. 45). Accompanying her application to proceed on appeal *in forma pauperis* was a notice of appeal to the United States Court of Appeals for the Eighth Circuit (Filing No. 44). Plaintiff's application is governed by Federal Rule of Appellate Procedure 24. The Court finds that plaintiff's application to proceed without payment of fees should be granted. Accordingly,

IT IS ORDERED that plaintiff's application to proceed on appeal *in forma pauperis* is granted.

DATED this 13th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court