IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV425 |
| | ) | |
| v. | ) | |
| | ) | |
| ABBOTT TRANSPORTATION, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       This matter is before the Court on the motion by James King to withdraw as counsel for defendant (Filing No.48) which was electronically filed on the Electronic Case Filing System for the District of Nebraska.

       IT IS ORDERED that the Clerk's Office shall strike and remove Filing No. 48 and forward it to Clerk, U.S. Court of Appeals, 111 So. 10th St., Room 24.329, St. Louis, MO 63102.

       DATED this 3rd day of October, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              Lyle E. Strom, District Judge
                              United States District Court